1  Daniel J. Becka, Esq. (*Pro Hac Vice*)
   **Law Offices of Daniel J. Becka LLC**
2  30 N. LaSalle Street, Suite 2727
   Chicago, IL 60602
3  T: (312) 646-1092
   F: (312) 278-2455
4  E: dan@dbeckalaw.com

5  Justin C. Kanter, Esq. (*Pro Hac Vice*)
   **Gaido & Fintzen**
6  30 N. LaSalle Street, Suite 2727
   Chicago, IL 60602
7  T: (312) 346-7855
   F: (312) 346-8317
8  E: jkanter@gaido-fintzen.com

9  John E. Bragonje (NV Bar No. 9519)
   **Lewis Roca Rothgerber Christie LLP**
10 3993 Howard Hughes Parkway
   Las Vegas, Nevada 89169
11 Tel/Fax: (702) 949-8200
   jbragonje@lewisroca.com
12 *Counsel for Plaintiff wedi Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| WEDI CORP., | Case No. 2:22-cv-00457-CDS-BNW |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| HYDROBLOK GRAND INTERNATIONAL LTD., HYDROBLOK GRAND INTERNATIONAL INC., and HYDRO-BLOK USA LLC, | |
| Defendants. | |

Plaintiff wedi Corp. ("Plaintiff") hereby substitutes John E. Bragonje, Esq. (Nevada Bar No. 9519) of the law firm Lewis Roca Rothgerber Christie LLP as Plaintiff's Nevada attorney of record in place of and instead of Jones Lovelock, PLLC.

Plaintiff's new attorney's address and contact information is: Address: 3993 Howard Hughes Parkway, Las Vegas, Nevada 89169; Phone: (702) 949-8200; Email: jbragonje@lewisroca.com.

Pursuant to LR IA 11-6(c), both the prior law firm and the new law firm consent to the substitution of attorney, as does the Plaintiff, as indicated by the signatures of all parties below:

1. Plaintiff wedi Corp. hereby consents to the substitution of attorney described above.

   _____
   Plaintiff wedi Corp.

2. The undersigned outgoing attorney for Plaintiff hereby consents to the substitution of attorney described above.

   _____
   Jones Lovelock, PLLC
   By: KIMBERLY HYJAY

3. I, the newly substituted attorney for Plaintiff, am duly admitted to practice in this District, have been retained by Plaintiff to represent it in this matter, and consent to the substitution of attorney as described above.

   _____
   John E. Bragonje (Nevada Bar No. 9519)
   Lewis Roca Rothgerber Christie LLP

DATED: October 5, 2022

**ORDER**
**IT IS SO ORDERED**

**DATED:** 5:05 pm, October 11, 2022

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Denkenberger, Esq.
Christensen O'Connor Johnson Kindness PLLC

John Whitaker, Esq.
Christensen O'Connor Johnson Kindness PLLC

F. Christopher Austin, Esq.
Weide & Miller, Ltd.

Attorneys for Defendants

By: /s/ Daniel J. Becka_____

Daniel J. Becka, Esq.
*Appearing Pro Hac Vice*
Law Offices of Daniel J. Becka
30 N. LaSalle Street, Suite 2727
Chicago, IL 60602

Justin C. Kanter, Esq.
*Appearing Pro Hac Vice*
Gaido & Fintzen
30 N. LaSalle Street, Suite 2727
Chicago, IL 60602

John E. Bragonje, Esq.
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169